IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARK ALLEN KIMBROUGH,

    Plaintiff,                   No. CIV S-98-0392 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             <u>ORDER</u>

                         /

    This matter has been remanded from the United States Court of Appeals for the Ninth Circuit. Good cause appearing, IT IS HEREBY ORDERED that:

    1. A Status Conference is set for January 18, 2007, at 11:00 a.m. in Courtroom #26 before the undersigned.

    2. Not later than ten days before the Status Conference, the parties shall file a joint status report setting forth all issues to be resolved herein and a proposed schedule for disposition thereof.

DATED: November 30, 2006.

UNITED STATES MAGISTRATE JUDGE

12;kimb0392.40aty