IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARK ALLEN KIMBROUGH,

Plaintiff, No. CIV S-98-0392 MCE JFM P

vs.

STATE OF CALIFORNIA, et al.,

Defendants. ORDER

_________________________________/

Pursuant to court order, this matter is set for status conference before the undersigned on January 18, 2007, at 11:00 a.m. in Courtroom #26. (Order filed December 1, 2006.) In accordance with the same order, the parties have filed a joint status report. After review of the joint status report filed by the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties are granted until March 12, 2007 to file, as appropriate, final settlement documents;

2. Should a final settlement agreement not be reached by March 12, 2007, the parties shall file proposed findings of fact and conclusions of law on or before March 19, 2007; and

/////

/////

3. The status conference set for January 18, 2007 is vacated.

DATED: January 16, 2007.

UNITED STATES MAGISTRATE JUDGE

12;kimb0392.o