IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARK ALLEN KIMBROUGH,

    Plaintiff,                      No. CIV S-98-0392 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,        ORDER

    Defendant.

_____/

        Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 4, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed October 4, 2007 are adopted in full;

2. This action is dismissed for lack of jurisdiction;

3. Plaintiff is granted thirty days from the date of this order to file, as appropriate, a motion for attorneys' fees and costs; and

4. Any motion for attorneys' fees and costs should be noticed for hearing before the magistrate judge and briefed in accordance with the provisions of Local Rule 78-230.

Dated:  October 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE