1. EDMUND G. BROWN JR.
   Attorney General of the State of California
2. DAVID S. CHANEY
   Chief Assistant Attorney General
3. FRANCES T. GRUNDER
   Senior Assistant Attorney General
4. TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
5. REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
6. Deputy Attorney General
     1300 I Street, Suite 125
7.   P.O. Box 944255
     Sacramento, CA 94244-2550
8.   Telephone: (916) 327-5686
     Fax: (916) 324-5205
9.   Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendants Newland and Alameida

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARK ALLEN KIMBROUGH,**<br><br>                                              Plaintiff,<br><br>       v.<br><br>**STATE OF CALIFORNIA,**<br><br>                                              Defendants. | 2:98-cv-0392 MCE JFM P<br><br>**JOINT STIPULATION ON MOTION FOR ATTORNEY FEES**<br><br>**Local Rule 6-144**<br><br>Hearing Date:  February 21, 2008<br>Hearing Time:  11:00 a.m.<br>Courtroom:  26 |

Pursuant to Local Rule 6-144(a), the parties stipulate as follows:

1. The parties agree that the hearing for the Plaintiff's Motion for Attorney Fees shall be heard on February 21, 2008, at 11 a.m.

///

///

///

///

**JOINT STIPULATION ON MOTION FOR ATTORNEY FEES**

1

2. Defendants shall have until February 7, 2008, to file their written opposition to Plaintiff's Motion for Attorney Fees.

3. Plaintiff shall have until February 14, 2008, to file their optional reply brief.

DATED: 1/9/08          /s/ Rebecca M. Armstrong-Grau

Rebecca M. Armstrong-Grau
Deputy Attorney General
Attorneys for Defendants


DATED: 1/9/08          /s/ Carter White

Carter White
Attorney for Plaintiff


IT IS SO ORDERED.

Dated: January 9, 2008.

UNITED STATES MAGISTRATE JUDGE