IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARK ALLEN KIMBROUGH,

    Plaintiff,        No. CIV S-98-0392 MCE JFM P

  vs.

STATE OF CALIFORNIA, et al.,

    Defendants.      <u>ORDER</u>

                              /

        Pursuant to the stipulation of the parties filed February 13, 2008, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's reply brief in support of his motion for attorneys' fees shall be filed and served on or before February 21, 2008.

DATED: February 19, 2008.

                                          UNITED STATES MAGISTRATE JUDGE

12
kimb0392.afext