IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK ALLEN KIMBROUGH, | No. 2:98-cv-00392-MCE-JFM (PC) |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| STATE OF CALIFORNIA, et al., | |
|     Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On August 1, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days and that any reply to objections were to be filed not later than ten days after service of objections. Plaintiff and defendants have filed objections to the findings and recommendations, and plaintiff has filed a reply to defendants' objections.

///

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file,
3 the court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5     Accordingly, IT IS HEREBY ORDERED that:
6     1.  The findings and recommendations filed August 1, 2008, are adopted in full;
7     2.  Plaintiff's November 26, 2007 motion for attorney's fees is granted in part;
8     3.  Plaintiff is awarded reasonable attorney's fees for work performed in this action in the
9 amount of $46,428.58, payable to the King Hall Civil Rights Clinic at U.C. Davis; and
10     4.  Defendants shall pay to plaintiff's costs in the amount of $2,428.58.

Dated:  September 8, 2008

                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE