IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARK ALLEN KIMBROUGH,

    Plaintiff,                    No. 2:98-cv-0392 MCE JFM (PC)

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                <u>AMENDED ORDER</u>

_____/

        Upon further review of the record, this court finds that the current applicable hourly rate for court-appointed counsel established by the Judicial Conference is $113.00 and, therefore, the King Hall Civil Rights Clinic should be awarded fees for work performed by plaintiff's counsel, Carter C. White at an hourly rate of $169.50 per hour. <u>See</u> <u>Webb v. Ada County</u>, 285 F.3d 829, 839 (9th Cir. 2002) (hourly rate approved by Judicial Conference for payment of court-appointed counsel under 18 U.S.C. § 3006A is appropriate baseline rate for award of attorneys' fees under 42 U.S.C. § 1997). The Clinic should therefore be awarded a total of $9,288.60 for the 54.8 hours of work performed by Mr. White in this case. This court's order adopting the magistrate judge's August 1, 2008 findings and recommendations will be amended accordingly.

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. This court's September 9, 2008 order adopting the findings and recommendations filed August 1, 2008, is hereby amended;

2. Plaintiff's November 26, 2007 motion for attorney's fees is granted;

3. Plaintiff is awarded reasonable attorney's fees for work performed in this action in the amount of $47,497.18, payable to the King Hall Civil Rights Clinic at U.C. Davis; and

3. Defendants shall pay to plaintiff's costs in the amount of $2,428.58.

Dated: September 10, 2008

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE